UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TREY COCKRELL, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:21-cv-01260-JAR |
| NICK LANG, et al., | ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court upon five motions: 1) Defendants Joshua Bowersox, City of Brentwood, Nick Lang, Joseph Spiess, and Nicholas Stanze's motion for a more definite statement, (Doc. No. 23); 2) Defendants City of Clayton and Jeffrey DeVorss' motion for a more definite statement, (Doc. No. 24) ; 3) Defendants Jeffrey Dulaney, Matt Karl, City of Richmond Heights, Dough Schaeffler, Jim Thompson, and Police Office Vargas' motion for a more definite statement, (Doc. No. 26); 4) Defendants St. Louis Police Academy and St. Louis Police Department's motion to dismiss, (Doc. No. 27); and 5) Defendants Jon Belmar, Timothy Fitch and St. Louis County's motion to dismiss, or in the alternative for a more definite statement. (Doc. No. 30). The three motions for a more definite statement were filed on December 9 and 10, 2021. The two motions to dismiss were filed on December 17, 2021. Plaintiff has not responded to any of the motions, and the time to do so has passed.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall have until **January 13, 2022** to show cause why the unopposed motions should not be ruled upon. Failure to respond may result in the motions being granted and certain claims dismissed.

Dated this 6th day of January, 2022.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**