**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

TREY COCKRELL,                  )
                              )
          Plaintiff,           )
                              )
      vs.                 )      Case No. 4:21-cv-01260-JAR
                              )
JOSHUA BOWERSOX, et al.,     )
                              )
         Defendants.       )

## MEMORANDUM AND ORDER

This matter is before the Court upon review of the record. The Court notes that the file contains no proof of service by Plaintiff upon, nor entry of appearance on behalf of, Defendants Police Officer Wiggs or Chris Thornton. Because it does not appear that service of Plaintiff's complaint has been timely made upon these Defendants, as required by Federal Rule of Civil Procedure 4(m),

**IT IS HEREBY ORDERED** that on or before **May 9, 2022**, Plaintiff shall show cause in writing why the complaint should not be dismissed without prejudice as to Defendants Police Officer Wiggs and Chris Thornton.

Dated this 29th day of April, 2022.

_John A. Ross_

**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**

1